**Fill in this information to identify the case:**

Debtor 1: Roney Terrill Sims

Debtor 2: Natasha Denise Sims aka Coleman
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 14-00954

Form 4100R

## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Citizens Bank, N.A.

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 7 5 9 3

**Property address:** 3242 Thunderbird Ct
Number    Street

Aurora IL 60503
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ 0.00

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 1429.50

c. **Total**. Add lines a and b.  (c) $ 1429.50

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 09 / 01 / 2017
MM / DD / YYYY

Debtor 1   Roney Terrill Sims                                    Case number (*if known*) 14-00954
           First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Roderic Fleming                              Date  09 / 01 / 2017
   Signature

Print   Roderic Fleming                            Title  Attorney
        First Name   Middle Name   Last Name

Company   Marinosci Law Group

If different from the notice address listed on the proof of claim to which this response applies:

Address   134 N LaSalle St. Ste 1900
          Number        Street

          Chicago IL 60602
          City                State    ZIP Code

Contact phone  (219) 940 – 8580             Email  rfleming@mlg-defaultlaw.com

Form 4100R              **Response to Notice of Final Cure Payment**              page **2**

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 09/01/2017

Chapter 13 Trustee: Glenn B Stearns

Trustee Address:

Trustee Email: mcguckin_m@lisle13.com

Debtor's Counsel Name: Megan Olson

Debtor's Counsel Address:

Debtor's Counsel Email: molsen@getfiled.com

Debtor 1 Name: Roney Terrill Sims

Debtor 2 Name: Natasha Denise Sims

Debtor's Mailing Address: 3242 Thunderbird Ct Aurora, IL 60503

Debtor Email:

/s/ Roderic Fleming